IRA DANIEL TOKAYER
ATTORNEY AT LAW
42 WEST 38TH STREET
SUITE 802
NEW YORK, NEW YORK 10018
TEL: (212) 695-5250
FAX: (212) 695-5450

December 27, 2007

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New Y0rk, New York 10007

       Re:  Davis & Gilbert LLP v. Ronson,
            <u>07 CV 11162 (JSR)</u>

Hon. Judge Rakoff:

      I am the attorney for the defendant.  I write this letter to request an extension of time until January 15, 2007, within which to answer or move with respect to the complaint.  Plaintiff has graciously consented to the relief requested herein.

      I make this application because, due to the press of other business, I require some additional time to review the complaint and prepare a response which will comport with my professional responsibilities to my client and my obligations to this Court.  This matter was removed to this court under 28 U.S.C. § 1441(b) on December 11, 2007.  Because defendant has not been formally served, the parties calculate the time within which defendant must answer as expiring on December 31, 2007.

      No prior request for this relief has been made.  Thank you for your consideration.

                                        Respectfully,

                                        /s/
                                  Ira Daniel Tokayer

cc:  Martin Garbus, Esq. (By Fax)